UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH N. and RUTH A. BLACK, | : | |
| Plaintiffs, | : | No. 3:14-cv-00023 (RNC) |
| Sd | : | |
| v. | : | |
| NICHOLAS E. OWEN, II, ET AL. | : | |
| Defendants. | : | February 15, 2018 |

## MOTION TO WITHDRAW AS COUNSEL

The undersigned moves to withdraw as counsel for Nicholas E. Owen, II.  Mr. Owen has already filed a pro se appearance.  After discussion he has elected to proceed without counsel and has instructed the undersigned not to act on his behalf. Therefore, counsel is unable to represent his interests.

This motion is filed pursuant to Local Rule 7 (e) of the Local Rules of Civil Procedure for the District of Connecticut.  This motion will be sent directly to Mr. Owen.

Wherefore, the undersigned moves to withdraw his appearance for Mr. Nicholas E. Owen in any and all proceedings in the above captioned case.

NICHOLAS E. OWEN, ET AL.

BY: _____
James M. Nugent, Esq. ct08822
Harlow, Adams & Friedman, P.C.
One New Haven Avenue, Suite 100
Milford, CT 06460
Tele No. (203)878-0661
Fax No. (203)878-9568
jmn@quidproquo.com

## CERTIFICATION

This is to certify that a copy of the foregoing Motion to Withdraw as Counsel was mailed, postage prepaid and/or sent electronically this date, February 15, 2018, to all counsel and pro se parties of record:

Patrick A. Klingman, Esq.
Klingman Law, LLC
196 Trumbull Street, Suite 510
Hartford, CT 06103-2207
Tele No. (860)256-6120
Fax No. (860)256-1120
pak@klingmanlaw.com

David V. Lawler (pro hac vice)
Law Offices
540 Main Street, Suite 8
Hyannis, MA 02601
Tele. No. (508) 778-0303
Fax No. (508) 778-4600
dlawler.atty@verizon.net

Nicholas Owen
4 Whippoorwill Lane
Stratford, CT 06614

                                                /s/ James M. Nugent
                                                James M. Nugent