```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT
```

| | |
|---|---|
| JOSEPH N. BLACK, ET AL., | : |
| Plaintiffs, | : |
| v. | : CASE NO. 3:14CV23(RNC) |
| NICHOLAS E. OWEN, II, ET AL., | : |
| Defendant. | : |

## MEMORANDUM OF CONFERENCE AND ORDER

On February 20, 2017, the court held a telephonic status conference. Plaintiffs were represented by Attorneys David Lawler and Patrick Klingman and defendants were represented by Attorney James Winkel. The defendant Nicholas Owen was present in Mr. Winkels' office.

Counsel stated that they are close to reaching an agreement regarding plaintiffs' Motion [174] for a Preliminary Injunction Restraining Assets. If the parties are able to reach agreement, by no later than February 22, 2018, counsel shall file a joint motion and proposed order.

Plaintiffs reported that they need discovery prior to a hearing on the Motion [175] for Order to Show Cause and Motion for Charging Order. By no later than February 22, 2018, the parties shall submit a proposed order regarding discovery and briefing to the court.

If the parties are unable to reach agreement and fail to submit a proposed agreement on motion [174] and a proposed discovery and briefing schedule on motion [175] by February 22, 2018, the court will hold another telephonic status conference on

February 23, 2018 at 11:45 AM, at which time the court will set a discovery and briefing schedule on both motions {174} and [175]. Plaintiffs' counsel shall initiate the conference call and shall have opposing counsel on the line when calling chambers at 860-240-3605.

SO ORDERED at Hartford, Connecticut this 20th day of February, 2017.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge